STEINWAY et al.

v.

GRIFFITH CONSOLIDATED THEATRES, Inc., et al.

No. 35631.

Supreme Court of Oklahoma.

May 18, 1954.

Rehearing Denied July 28, 1954.

Application for Leave to File Second Petition for Rehearing Denied Sept. 14, 1954.

DARKS **v.** STATE.

No. A–11980.

Criminal Court of Appeals of Oklahoma.

June 2, 1954.

On Rehearing Sept. 8, 1954.

McNeill & McNeill, Spillers & Spillers, Tulsa, for plaintiffs in error.

Richardson, Cochran, Dudley, Fowler & Rucks, R. D. Hudson, Tulsa, and Wayne W. Bayless, Oklahoma City, for defendants in error.

DAVISON, Justice.

Except that this case is prosecuted for the use and benefit of the defendant Ritz Theatre, Inc., rather than Majestic Amusement Company, it is identical, as to parties, facts, and law, to cause Number 35,630, 273 P.2d 872, this day decided. Therefore, the opinion in said cause Number 35,630 is hereby adopted as the opinion herein.

Judgment is affirmed.

HALLEY, C. J., JOHNSON, V. C. J., and WELCH, CORN, ARNOLD, O'NEAL, WILLIAMS and BLACKBIRD, JJ., concur.